Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  24−14810−SLM
        Chapter:  13
        Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alma Sibila Blanco
   aka Alma Sibila Meza, aka Alma Sibila
   Freire
   154 Sycamore Ave.
   N. Plainfield, NJ 07060

Social Security No.:
   xxx−xx−1155

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:               7/24/24
Time:              08:30 AM
Location:         Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: June 6, 2024
JAN: mlc

                           Jeanne Naughton
                           Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Alma Sibila Blanco  
    Debtor

Case No. 24-14810-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Jun 06, 2024      Form ID: 132      Total Noticed: 51

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alma Sibila Blanco, 154 Sycamore Ave., N. Plainfield, NJ 07060-4651 |
| 520252372 | + | Borouth of North Plainfield, Code Enforcement, 263 Somerset Street, North Plainfield, NJ 07060-4846 |
| 520252374 | + | Carrie Anne Gerding, Portfolio Reocvery Assoc LLC, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520252384 | + | Judkins Colonial Home, Inc, 428 West Fourth Street, Plainfield, NJ 07060-4264 |
| 520252395 | + | Netcredit/rb / Enova, Attn: Bankruptcy Dept, 175 W Jackson Blvd, Ste 1000, Chicago, IL 60604-2863 |
| 520252399 | | PENFED Credit Union, Attn: Bankruptcy, Po Box 14732, Alexandria, VA 22313 |
| 520252413 | | WithU, 8151 Hwy 177 Red Rock, Red Rock, OK 74651 |
| 520252414 | + | Yolanda Vargas, 300 Parkside Rd., Plainfield, NJ 07060-2846 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 06 2024 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 06 2024 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520252368 | + | Email/Text: bankruptcynotices@aarons.com | Jun 06 2024 20:53:00 | Aarons, 1306 John Young Pkwy, Kissimmee, FL 34741-4214 |
| 520252369 | ^ | MEBN | Jun 06 2024 20:51:00 | Apothaker Scian, PC, 100 Centruy Parkway, Ste 310 PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 520252373 | | Email/Text: BNBSB@capitalsvcs.com | Jun 06 2024 20:51:00 | Bryant State Bank, Attn: Bankruptcy, Po Box 215, Bryant, SD 57221 |
| 520252370 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 06 2024 20:52:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 South West St, Wilmington, DE 19801-5014 |
| 520252371 | + | Email/Text: kintrav@npmail.org | Jun 06 2024 20:53:00 | Borough of North Plainfield, 263 Somerset Street, North Plainfield, NJ 07060-4846 |
| 520252375 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 06 2024 21:00:18 | Carson Smithfield Collection Agency, PO Box 9216, Old Bethpage, NY 11804-9016 |
| 520252376 | + | Email/Text: bankruptcy@cavps.com | Jun 06 2024 20:53:00 | Cavalry Portfolio Services, 1 American Lane, Greenwich, CT 06831-2563 |
| 520252377 | ^ | MEBN | Jun 06 2024 20:50:45 | Cherry Technologies Inc, Attn: Bankruptcy, 2261 Market Street #4869, San Francisco, CA 94114-1612 |
| 520252378 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 06 2024 21:00:29 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520252379 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 06 2024 21:00:58 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St |

| | | | | |
|---|---|---|---|---|
| | | | | Louis, MO 63179-0040 |
| 520252380 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Jun 06 2024 20:52:00 | Comenity Bank/Burlington, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 520252381 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Jun 06 2024 21:14:27 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520252389 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jun 06 2024 21:00:31 | Macy's/ DSNB, Atytn: Bankruptcy, 701 E. 60th Street North, Sioux Falls, SD 57104 |
| 520252382 | | Email/Text: BNSFN@capitalsvcs.com | | |
| | | | Jun 06 2024 20:51:00 | First National Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 520252383 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | | Jun 06 2024 21:00:57 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520252385 | ^ | MEBN | | |
| | | | Jun 06 2024 20:51:58 | KML Law Group, PC, 701 Market Street, suite 5000, Philadelphia, PA 19106-1541 |
| 520252386 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Jun 06 2024 20:51:00 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 520255773 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jun 06 2024 21:01:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520252387 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jun 06 2024 21:01:32 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520252388 | + | Email/Text: BKNotice@ldvlaw.com | | |
| | | | Jun 06 2024 20:52:00 | Lyons, Doughty And Veldhuis, PC, 136 Gaither Dr. Suite 100, Mount Laurel, NJ 08054-2239 |
| 520272092 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Jun 06 2024 21:00:22 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520252390 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Jun 06 2024 21:00:25 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 520252391 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Jun 06 2024 20:52:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 520252392 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | | |
| | | | Jun 06 2024 21:26:58 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 520252394 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | | |
| | | | Jun 06 2024 21:00:28 | Navient, Po Box 300001, Greenville, TX 75403-3001 |
| 520252393 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | | |
| | | | Jun 06 2024 21:13:04 | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 520252396 | + | Email/Text: csc.bankruptcy@amwater.com | | |
| | | | Jun 06 2024 20:53:00 | New Jersey American Water, PO Box 371331, Pittsburgh, PA 15250-7331 |
| 520252397 | ^ | MEBN | | |
| | | | Jun 06 2024 20:51:13 | Northstar Location Services, LLC, 4285Genesee St, Cheektowaga, NY 14225-1943 |
| 520252401 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Jun 06 2024 21:13:55 | Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520252402 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Jun 06 2024 21:01:25 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520252403 | ^ | MEBN | | |
| | | | Jun 06 2024 20:50:38 | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 520252398 | + | Email/Text: recovery@paypal.com | | |
| | | | Jun 06 2024 20:51:00 | Paypal, 2211 N. First St, San Jose, CA 95131-2021 |
| 520252404 | | Email/Text: clientrelations@optiosolutions.com | | |
| | | | Jun 06 2024 20:51:00 | Qualia Collection Services, 1444 North McDowell Blvd, Petaluma, CA 94954 |
| 520252405 | + | Email/Text: ngisupport@radiusgs.com | | |
| | | | Jun 06 2024 20:51:00 | Radius Global Solutions LLC, PO Box 390905, |

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 06, 2024 | Form ID: 132 | Total Noticed: 51 |

| | | | | |
|---|---|---|---|---|
| | | | | Minneapolis, MN 55439-0905 |
| 520252406 | + | Email/Text: bankruptcy@rentacenter.com | Jun 06 2024 20:53:00 | Rent- A- Center, 132 E Front St, Plainfield, NJ 07060-1235 |
| 520252407 | | Email/Text: DeftBkr@santander.us | Jun 06 2024 20:52:00 | Santander Bank, Mail Code 10-421-CN2, PO Box 12646, Reading, PA 19612-2646 |
| 520252408 | ^ | MEBN | Jun 06 2024 20:49:34 | State of New Jersey, Dept of Labor and Workforce Development, PO box 951, Trenton, NJ 08625-0951 |
| 520252409 | + | Email/Text: bncmail@w-legal.com | Jun 06 2024 20:52:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 520252411 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jun 06 2024 21:13:10 | US Department of Housing and Urban Devel, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520252410 | + | Email/Text: BAN5620@UCBINC.COM | Jun 06 2024 20:51:00 | United Collection Bureau, Inc, 5620 Southwyck Blvd Suite 206, Toledo, OH 43614-1501 |
| 520252412 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 06 2024 20:51:00 | Verizon Bankruptcy Admin, 500 Technology Dr Suite 500, Weldon Springs, MO 63304-2225 |

TOTAL: 43

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520252400 | * | PENFED Credit Union, Attn.: Bankruptcy, PO Box 14732, Alexandria, VA 22313 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Francis P. Cullari | on behalf of Debtor Alma Sibila Blanco cullari@comcast.net |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4