UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

IN RE:  CASE NO.: 24-14810
CHAPTER 13

Alma Sibila Blanco,
    Debtor.

_____/

**REQUEST FOR SERVICE**

    **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of PENTAGON FEDERAL CREDIT UNION ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA   30004**

    Robertson, Anschutz, Schneid, Crane
    & Partners, PLLC
    Attorney for Secured Creditor
    13010 Morris Road, Suite 450
    Alpharetta, GA   30004
    Telephone: (470) 321-7112
    Facsimile: (404) 393-1425

    By: /s/Sherri Dicks
        Sherri Dicks
        Email: sdicks@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 5, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

ALMA SIBILA BLANCO
154 SYCAMORE AVE.
N. PLAINFIELD, NJ 07060

And via electronic mail to:

LAW OFFICE OF FRANCIS P. CULLARI
1200 MILL ROAD, SUITE A
NORTHFIELD, NJ 08225

MARIE-ANN GREENBERG
CHAPTER 13 STANDING TRUSTEE 30 TWO BRIDGES RD SUITE 330
FAIRFIELD, NJ 07004-1550

U.S. TRUSTEE
US DEPT OF JUSTICE OFFICE OF THE US TRUSTEE ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Angela Gill