Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 24−14810−SLM
                Chapter: 13
                Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alma Sibila Blanco
   aka Alma Sibila Meza, aka Alma Sibila
   Freire
   154 Sycamore Ave.
   N. Plainfield, NJ 07060

Social Security No.:
   xxx−xx−1155

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/6/24.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 6, 2024
JAN: ntp

                              Jeanne Naughton
                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:   Case No. 24-14810-SLM
Alma Sibila Blanco   Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2 | User: admin | Page 1 of 4
Date Rcvd: Aug 06, 2024 | Form ID: 148 | Total Noticed: 64

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alma Sibila Blanco, 154 Sycamore Ave., N. Plainfield, NJ 07060-4651 |
| cr | + | Pentagon Federal Credit Union, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 520252372 | + | Borouth of North Plainfield, Code Enforcement, 263 Somerset Street, North Plainfield, NJ 07060-4846 |
| 520252374 | + | Carrie Anne Gerding, Portfolio Reocvery Assoc LLC, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520252384 | + | Judkins Colonial Home, Inc, 428 West Fourth Street, Plainfield, NJ 07060-4264 |
| 520252395 | + | Netcredit/rb / Enova, Attn: Bankruptcy Dept, 175 W Jackson Blvd, Ste 1000, Chicago, IL 60604-2863 |
| 520252399 | | PENFED Credit Union, Attn: Bankruptcy, Po Box 14732, Alexandria, VA 22313 |
| 520323188 | + | Pentagon Federal Credit Union, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 520315690 | | Pentagon Federal Credit Union, 6191 N SH 161 Service Rd, Irving, TX 75038 |
| 520252413 | | WithU, 8151 Hwy 177 Red Rock, Red Rock, OK 74651 |
| 520252414 | + | Yolanda Vargas, 300 Parkside Rd., Plainfield, NJ 07060-2846 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 06 2024 20:56:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 06 2024 20:56:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520252368 | + | Email/Text: bankruptcynotices@aarons.com | Aug 06 2024 20:56:00 | Aarons, 1306 John Young Pkwy, Kissimmee, FL 34741-4214 |
| 520252369 | ^ | MEBN | Aug 06 2024 20:42:49 | Apothaker Scian, PC, 100 Centruy Parkway, Ste 310 PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 520252373 | | Email/Text: BNBSB@capitalsvcs.com | Aug 06 2024 20:56:00 | Bryant State Bank, Attn: Bankruptcy, Po Box 215, Bryant, SD 57221 |
| 520252370 | + | EDI: TSYS2 | Aug 07 2024 00:34:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 South West St, Wilmington, DE 19801-5014 |
| 520252371 | + | Email/Text: kintrav@npmail.org | Aug 06 2024 20:56:00 | Borough of North Plainfield, 263 Somerset Street, North Plainfield, NJ 07060-4846 |
| 520252375 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 06 2024 20:52:48 | Carson Smithfield Collection Agency, PO Box 9216, Old Bethpage, NY 11804-9016 |
| 520252376 | + | Email/Text: bankruptcy@cavps.com | Aug 06 2024 20:56:00 | Cavalry Portfolio Services, 1 American Lane, Greenwich, CT 06831-2563 |
| 520300624 | + | Email/Text: bankruptcy@cavps.com | Aug 06 2024 20:56:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 520252377 | ^ | MEBN | Aug 06 2024 20:44:22 | Cherry Technologies Inc, Attn: Bankruptcy, 2261 Market Street #4869, San Francisco, CA |

| Recipient ID | | Delivery Method | Delivery Time | Recipient |
|---|---|---|---|---|
| | | | | 94114-1612 |
| 520252378 | + | EDI: CITICORP | Aug 07 2024 00:34:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520296405 | | EDI: CITICORP | Aug 07 2024 00:34:00 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520252379 | + | EDI: CITICORP | Aug 07 2024 00:34:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520252380 | + | EDI: WFNNB.COM | Aug 07 2024 00:34:00 | Comenity Bank/Burlington, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 520252381 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 06 2024 20:53:51 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520252389 | | EDI: CITICORP | Aug 07 2024 00:34:00 | Macy's/ DSNB, Atytn: Bankruptcy, 701 E. 60th Street North, Sioux Falls, SD 57104 |
| 520252382 | | Email/Text: BNSFN@capitalsvcs.com | Aug 06 2024 20:55:00 | First National Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 520252383 | + | EDI: AMINFOFP.COM | Aug 07 2024 00:34:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520311818 | | EDI: JEFFERSONCAP.COM | Aug 07 2024 00:34:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520252385 | ^ | MEBN | Aug 06 2024 20:45:19 | KML Law Group, PC, 701 Market Street, suite 5000, Philadelphia, PA 19106-1541 |
| 520252386 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 06 2024 20:55:00 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 520255773 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 06 2024 20:52:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520252387 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 06 2024 20:52:50 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520252388 | + | Email/Text: BKNotice@ldvlaw.com | Aug 06 2024 20:56:00 | Lyons, Doughty And Veldhuis, PC, 136 Gaither Dr. Suite 100, Mount Laurel, NJ 08054-2239 |
| 520272092 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 06 2024 20:52:39 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520252390 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 06 2024 20:53:43 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 520314827 | + | EDI: AISMIDFIRST | Aug 07 2024 00:34:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520333252 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 06 2024 20:56:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520252391 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 06 2024 20:56:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 520252392 | + | EDI: AISMIDFIRST | Aug 07 2024 00:34:00 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 520252394 | + | EDI: MAXMSAIDV | Aug 07 2024 00:34:00 | Navient, Po Box 300001, Greenville, TX 75403-3001 |
| 520252393 | + | EDI: MAXMSAIDV | Aug 07 2024 00:34:00 | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 520252396 | + | Email/Text: csc.bankruptcy@amwater.com | Aug 06 2024 20:57:00 | New Jersey American Water, PO Box 371331, Pittsburgh, PA 15250-7331 |
| 520252397 | ^ | MEBN | | |

Case 24-14810-SLM   Doc 24   Filed 08/08/24   Entered 08/09/24 00:15:18   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 06, 2024 | Form ID: 148 | Total Noticed: 64 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 06 2024 20:45:02 | Northstar Location Services, LLC, 4285Genesee St, Cheektowaga, NY 14225-1943 |
| 520311963 | | EDI: PRA.COM | Aug 07 2024 00:34:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520252401 | | EDI: PRA.COM | Aug 07 2024 00:34:00 | Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520252402 | | EDI: PRA.COM | Aug 07 2024 00:34:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520310541 | | EDI: PRA.COM | Aug 07 2024 00:34:00 | Portfolio Recovery Associates, LLC, c/o Paypal Credit, POB 41067, Norfolk VA 23541 |
| 520252403 | ^ | MEBN | Aug 06 2024 20:44:04 | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 520252398 | + | Email/Text: recovery@paypal.com | Aug 06 2024 20:55:00 | Paypal, 2211 N. First St, San Jose, CA 95131-2021 |
| 520252404 | | Email/Text: clientrelations@optiosolutions.com | Aug 06 2024 20:56:00 | Qualia Collection Services, 1444 North McDowell Blvd, Petaluma, CA 94954 |
| 520252405 | + | Email/Text: ngisupport@radiusgs.com | Aug 06 2024 20:56:00 | Radius Global Solutions LLC, PO Box 390905, Minneapolis, MN 55439-0905 |
| 520252406 | + | Email/Text: bankruptcy@rentacenter.com | Aug 06 2024 20:57:00 | Rent- A- Center, 132 E Front St, Plainfield, NJ 07060-1235 |
| 520252407 | | Email/Text: DeftBkr@santander.us | Aug 06 2024 20:56:00 | Santander Bank, Mail Code 10-421-CN2, PO Box 12646, Reading, PA 19612-2646 |
| 520326431 | + | Email/Text: bncmail@w-legal.com | Aug 06 2024 20:56:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101-2051 |
| 520252408 | ^ | MEBN | Aug 06 2024 20:43:20 | State of New Jersey, Dept of Labor and Workforce Development, PO box 951, Trenton, NJ 08625-0951 |
| 520331174 | | Email/Text: bncmail@w-legal.com | Aug 06 2024 20:56:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 520252409 | + | EDI: WTRRNBANK.COM | Aug 07 2024 00:34:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 520252411 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Aug 06 2024 20:54:18 | US Department of Housing and Urban Devel, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520252410 | + | Email/Text: BAN5620@UCBINC.COM | Aug 06 2024 20:56:00 | United Collection Bureau, Inc, 5620 Southwyck Blvd Suite 206, Toledo, OH 43614-1501 |
| 520323147 | + | EDI: AIS.COM | Aug 07 2024 00:34:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520252412 | + | EDI: VERIZONCOMB.COM | Aug 07 2024 00:34:00 | Verizon Bankruptcy Admin, 500 Technology Dr Suite 500, Weldon Springs, MO 63304-2225 |

TOTAL: 53

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520252400 | * | PENFED Credit Union, Attn.: Bankruptcy, PO Box 14732, Alexandria, VA 22313 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

District/off: 0312-2 | User: admin | Page 4 of 4
Date Rcvd: Aug 06, 2024 | Form ID: 148 | Total Noticed: 64

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2024       Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2024 at the address(es) listed below:**

**Name** | **Email Address**

Denise E. Carlon
on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Francis P. Cullari
on behalf of Debtor Alma Sibila Blanco cullari@comcast.net

Marie-Ann Greenberg
magecf@magtrustee.com

Sherri R. Dicks
on behalf of Creditor Pentagon Federal Credit Union shrdlaw@verizon.net  shrdlaw@hotmail.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5