**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

Order Filed on August 6, 2024
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

IN RE:

   ALMA SIBILA BLANCO

**Case No.:**    **24-14810 SLM**

**Chapter:**    **13**

### ORDER OF DISMISSAL

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: August 6, 2024**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): ALMA SIBILA BLANCO

Case No.:  24-14810

Caption of Order:   Order of Dismissal

---

Upon the Debtor's failure to comply with the order entered on 07/24/2024 and for good cause shown,

it is

ORDERED that this case is dismissed and any discharge that was granted is vacated.  All

outstanding fees to the Court are due and owing and must be paid within 5 days of the date of this Order.


Pursuant to Fed. R. Bankr.P.2002(f), the Clerk shall notify all parties in interest of the entry of this

order.

ORDERED, that upon case dismissal any funds held by the Chapter 13 Standing Trustee from

payments made on account of Debtor(s)' Plan, shall be disbursed to the Debtor(s), less any applicable

Trustee fees and commissions, except any adequate protection payments due under the proposed plan or

by Court Order, and/or any counsel fees and costs hereby allowed as an Administrative Expense.

Pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains jurisdiction over any additional

application filed within 30 days by any administrative claimants for funds on hand with the Chapter 13

Trustee.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 24-14810-SLM

Alma Sibila Blanco                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                   User: admin                          Page 1 of 1

Date Rcvd: Aug 06, 2024                Form ID: pdf903                  Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alma Sibila Blanco, 154 Sycamore Ave., N. Plainfield, NJ 07060-4651 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2024                Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | |
| | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Francis P. Cullari | |
| | on behalf of Debtor Alma Sibila Blanco cullari@comcast.net |
| Marie-Ann Greenberg | |
| | magecf@magtrustee.com |
| Sherri R. Dicks | |
| | on behalf of Creditor Pentagon Federal Credit Union shrdlaw@verizon.net  shrdlaw@hotmail.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5