Form ntcrics − ntcreincsv27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24−14810−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alma Sibila Blanco
   aka Alma Sibila Meza, aka Alma Sibila
   Freire
   154 Sycamore Ave.
   N. Plainfield, NJ 07060

Social Security No.:
   xxx−xx−1155
Employer's Tax I.D. No.:

**NOTICE OF ENTRY OF ORDER VACATING DISMISSAL OF CASE**

   Notice is hereby given that an order vacating dismissal of this case was entered on 9/25/24. The order may create new deadlines for filing of proofs of claim, complaints, and objections to exemptions, and may contain a new date for the hearing on confirmation of the Plan if this is a chapter 13 case.

   The order may be viewed at any District of New Jersey Bankruptcy Court Clerk's office, and is available for download at www.pacer.uscourts.gov.

Dated: September 25, 2024
JAN: ntp

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Alma Sibila Blanco  
    Debtor

Case No. 24-14810-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2 | User: admin | Page 1 of 4
Date Rcvd: Sep 25, 2024 | Form ID: ntcrics | Total Noticed: 65

The following symbols are used throughout this certificate:
| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alma Sibila Blanco, 154 Sycamore Ave., N. Plainfield, NJ 07060-4651 |
| 520252372 | + | Borouth of North Plainfield, Code Enforcement, 263 Somerset Street, North Plainfield, NJ 07060-4846 |
| 520252374 | + | Carrie Anne Gerding, Portfolio Reocvery Assoc LLC, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520252384 | + | Judkins Colonial Home, Inc, 428 West Fourth Street, Plainfield, NJ 07060-4264 |
| 520252395 | + | Netcredit/rb / Enova, Attn: Bankruptcy Dept, 175 W Jackson Blvd, Ste 1000, Chicago, IL 60604-2863 |
| 520252399 | | PENFED Credit Union, Attn: Bankruptcy, Po Box 14732, Alexandria, VA 22313 |
| 520315690 | | Pentagon Federal Credit Union, 6191 N SH 161 Service Rd, Irving, TX 75038 |
| 520252413 | | WithU, 8151 Hwy 177 Red Rock, Red Rock, OK 74651 |
| 520252414 | + | Yolanda Vargas, 300 Parkside Rd., Plainfield, NJ 07060-2846 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 25 2024 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 25 2024 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 25 2024 20:44:00 | Pentagon Federal Credit Union, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 520252368 | + | Email/Text: bankruptcynotices@aarons.com | Sep 25 2024 20:46:00 | Aarons, 1306 John Young Pkwy, Kissimmee, FL 34741-4214 |
| 520359167 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Sep 25 2024 20:43:40 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 520252369 | ^ | MEBN | Sep 25 2024 20:39:59 | Apothaker Scian, PC, 100 Centruy Parkway, Ste 310 PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 520252373 | | Email/Text: BNBSB@capitalsvcs.com | Sep 25 2024 20:44:00 | Bryant State Bank, Attn: Bankruptcy, Po Box 215, Bryant, SD 57221 |
| 520252370 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 25 2024 20:45:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 South West St, Wilmington, DE 19801-5014 |
| 520252371 | + | Email/Text: kintrav@npmail.org | Sep 25 2024 20:46:00 | Borough of North Plainfield, 263 Somerset Street, North Plainfield, NJ 07060-4846 |
| 520252375 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 25 2024 20:42:51 | Carson Smithfield Collection Agency, PO Box 9216, Old Bethpage, NY 11804-9016 |
| 520252376 | + | Email/Text: bankruptcy@cavps.com | Sep 25 2024 20:46:00 | Cavalry Portfolio Services, 1 American Lane, Greenwich, CT 06831-2563 |
| 520300624 | + | Email/Text: bankruptcy@cavps.com | | |

Case 24-14810-SLM    Doc 30    Filed 09/27/24    Entered 09/28/24 00:14:33    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 25, 2024 | Form ID: ntcrics | Total Noticed: 65 |

| | | | | |
|---|---|---|---|---|
| | | | Sep 25 2024 20:46:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 520252377 | | ^ MEBN | | |
| | | | Sep 25 2024 20:38:59 | Cherry Technologies Inc, Attn: Bankruptcy, 2261 Market Street #4869, San Francisco, CA 94114-1612 |
| 520252378 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Sep 25 2024 20:54:07 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520296405 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Sep 25 2024 20:54:07 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520252379 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Sep 25 2024 20:54:28 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520252380 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Sep 25 2024 20:45:00 | Comenity Bank/Burlington, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 520252381 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Sep 25 2024 20:54:08 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520252389 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Sep 25 2024 20:54:09 | Macy's/ DSNB, Atytn: Bankruptcy, 701 E. 60th Street North, Sioux Falls, SD 57104 |
| 520252382 | | Email/Text: BNSFN@capitalsvcs.com | | |
| | | | Sep 25 2024 20:44:00 | First National Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 520252383 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | | Sep 25 2024 20:43:52 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520311818 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Sep 25 2024 20:46:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520252385 | | ^ MEBN | | |
| | | | Sep 25 2024 20:37:25 | KML Law Group, PC, 701 Market Street, suite 5000, Philadelphia, PA 19106-1541 |
| 520252386 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Sep 25 2024 20:44:00 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 520255773 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Sep 25 2024 20:54:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520252387 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Sep 25 2024 20:43:07 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520252388 | + | Email/Text: BKNotice@ldvlaw.com | | |
| | | | Sep 25 2024 20:44:00 | Lyons, Doughty And Veldhuis, PC, 136 Gaither Dr. Suite 100, Mount Laurel, NJ 08054-2239 |
| 520272092 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Sep 25 2024 20:43:51 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520252390 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Sep 25 2024 20:42:14 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 520314827 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | | |
| | | | Sep 25 2024 20:42:52 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520333252 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Sep 25 2024 20:45:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520252391 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Sep 25 2024 20:45:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 520252392 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | | |
| | | | Sep 25 2024 20:54:24 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 520252394 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | | |
| | | | Sep 25 2024 20:42:12 | Navient, Po Box 300001, Greenville, TX 75403-3001 |
| 520252393 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | | |
| | | | Sep 25 2024 20:54:19 | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |

Case 24-14810-SLM    Doc 30    Filed 09/27/24    Entered 09/28/24 00:14:33    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 25, 2024 | Form ID: ntcrics | Total Noticed: 65 |

| Recipient ID | Flag | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 520252396 | + | Email/Text: csc.bankruptcy@amwater.com | Sep 25 2024 20:46:00 | New Jersey American Water, PO Box 371331, Pittsburgh, PA 15250-7331 |
| 520252397 | ^ | MEBN | Sep 25 2024 20:40:28 | Northstar Location Services, LLC, 4285Genesee St, Cheektowaga, NY 14225-1943 |
| 520311963 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 25 2024 20:54:07 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520252401 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 25 2024 20:54:19 | Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520252402 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 25 2024 20:43:42 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520310541 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 25 2024 20:43:51 | Portfolio Recovery Associates, LLC, c/o Paypal Credit, POB 41067, Norfolk VA 23541 |
| 520252403 | ^ | MEBN | Sep 25 2024 20:38:54 | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 520252398 | + | Email/Text: recovery@paypal.com | Sep 25 2024 20:44:00 | Paypal, 2211 N. First St, San Jose, CA 95131-2021 |
| 520323188 | + | Email/Text: RASEBN@raslg.com | Sep 25 2024 20:44:00 | Pentagon Federal Credit Union, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 520252404 | | Email/Text: clientrelations@optiosolutions.com | Sep 25 2024 20:44:00 | Qualia Collection Services, 1444 North McDowell Blvd, Petaluma, CA 94954 |
| 520252405 | + | Email/Text: ngisupport@radiusgs.com | Sep 25 2024 20:44:00 | Radius Global Solutions LLC, PO Box 390905, Minneapolis, MN 55439-0905 |
| 520252406 | + | Email/Text: bankruptcy@rentacenter.com | Sep 25 2024 20:46:00 | Rent- A- Center, 132 E Front St, Plainfield, NJ 07060-1235 |
| 520252407 | | Email/Text: DeftBkr@santander.us | Sep 25 2024 20:45:00 | Santander Bank, Mail Code 10-421-CN2, PO Box 12646, Reading, PA 19612-2646 |
| 520326431 | + | Email/Text: bncmail@w-legal.com | Sep 25 2024 20:45:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101-2051 |
| 520252408 | ^ | MEBN | Sep 25 2024 20:38:12 | State of New Jersey, Dept of Labor and Workforce Development, PO box 951, Trenton, NJ 08625-0951 |
| 520331174 | | Email/Text: bncmail@w-legal.com | Sep 25 2024 20:45:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 520252409 | + | Email/Text: bncmail@w-legal.com | Sep 25 2024 20:45:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 520252411 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Sep 25 2024 20:43:49 | US Department of Housing and Urban Devel, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520252410 | + | Email/Text: BAN5620@UCBINC.COM | Sep 25 2024 20:44:00 | United Collection Bureau, Inc, 5620 Southwyck Blvd Suite 206, Toledo, OH 43614-1501 |
| 520323147 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 25 2024 20:54:18 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520252412 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 25 2024 20:44:00 | Verizon Bankruptcy Admin, 500 Technology Dr Suite 500, Weldon Springs, MO 63304-2225 |

TOTAL: 56

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

Case 24-14810-SLM    Doc 30    Filed 09/27/24    Entered 09/28/24 00:14:33    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Sep 25, 2024 | Form ID: ntcrics | Total Noticed: 65 |

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520252400 | * | PENFED Credit Union, Attn.: Bankruptcy, PO Box 14732, Alexandria, VA 22313 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Francis P. Cullari | on behalf of Debtor Alma Sibila Blanco cullari@comcast.net |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Sherri R. Dicks | on behalf of Creditor Pentagon Federal Credit Union sdicks@raslg.com  shrdlaw@hotmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5